AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| Martin Dekom | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  CV-17-2712 JFB |
| Fannie Mae et al | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

**FILED**
**CLERK**

3/8/2018 1:10 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  See Attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Martin Dekom Pro Se
34 High Street
Manhasset, NY 11030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:    03/08/2017

S/ Jean Bollbach
_Signature of Clerk or Deputy Clerk_

Rider

Elisabetta Coschignano
c/o Ralph Pernick
New York State Attorney General
200 Old County Road, Suite 240
Mineola, NY 11501

William Riccio
c/o Ralph Pernick
New York State Attorney General
200 Old County Road, Suite 240
Mineola, NY 11501

Berkman Henoch Law Firm
100 Garden City Plaza
Garden City, NY 11530

Bruce R. Cozzens
c/o Ralph Pernick
New York State Attorney General
200 Old County Road, Suite 240
Mineola, NY 11501

Thomas A. Adams
c/o Ralph Pernick
New York State Attorney General
200 Old County Road, Suite 240
Mineola, NY 11501

George Pech
c/o Ralph Pernick
New York State Attorney General
200 Old County Road, Suite 240
Mineola, NY 11501

Ellen Brandt
Headquarters Nationstar Mortgage LLC
8950 Cypress Waters Blvd
Coppell, TX 75019-4620

Gross Polowy Law Firm
1775 Wehrle Drive
Suite 100
Williamsville, NY 14221

Sandelands Eyet Law Firm
1545 US Highway 206
Suite 304
Bedminster Township, NJ 07921

Erik Vallely
c/o Berkman Henoch Law Firm
100 Garden City Plaza
Garden City, NY 11530

Matthew Burrows
c/o Berkman Henoch Law Firm
100 Garden City Plaza
Garden City, NY 11530

Brian Goldberg
c/o Gross Polowy Law Firm
1775 Wehrle Drive
Suite 100
Williamsville, NY 14221

Hans Augustin
c/o Gross Polowy Law Firm
1775 Wehrle Drive
Suite 100
Williamsville, NY 14221

Laura Strauss
c/o Gross Polowy Law Firm
1775 Wehrle Drive
Suite 100
Williamsville, NY 14221

Oscar Prieto
c/o Gross Polowy Law Firm
1775 Wehrle Drive
Suite 100
Williamsville, NY 14221

Geoffrey Jacobson
c/o Sandelands Eyet Law Firm
1545 US Highway 206
Suite 304
Bedminster Township, NJ 07921

Keiran Dowling
c/o Sandelands Eyet Law Firm
1545 US Highway 206
Suite 304
Bedminster Township, NJ 07921

Laurence Chirch
c/o Sandelands Eyet Law Firm
1545 US Highway 206
Suite 304
Bedminster Township, NJ 07921

Aprilanne Agostino
c/o Ralph Pernick
New York State Attorney General
200 Old County Road, Suite 240
Mineola, NY 11501

Darrell Joseph
c/o Ralph Pernick
New York State Attorney General
200 Old County Road, Suite 240
Mineola, NY 11501

Randall Eng
c/o Ralph Pernick
New York State Attorney General
200 Old County Road, Suite 240
Mineola, NY 11501

Alan Sheinkman
c/o Ralph Pernick
New York State Attorney General
200 Old County Road, Suite 240
Mineola, NY 11501

8 Motions Clerks
2nd Department, Appellate Division,
Supreme Court of NY
45 Monroe Place
Brooklyn, NY 11201

2nd Department Appellate Judges
Supreme Court of NY
45 Monroe Place
Brooklyn, NY 11201