UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
MARTIN DEKOM, and on behalf of the LITTLE
PEOPLE,

                                                Plaintiff,

                    -against-

FANNIE MAE, BANK OF AMERICA, N.A.,
NATIONSTAR MORTGAGE LLC, NASSAU COUNTY
CLERK, ELISABETTA COSCHIGNANO, WILLIAM
RICCIO, BERKMAN HENOCH LAW FIRM, R. BRUCE
COZZENS, THOMAS A. ADAMS, GEORGE PECH,
ELLEN BRANDT, GROSS POLOWY LAW FIRM,
SANDELANDS EYET LAW FIRM, ERIK VALLELY,
MATTHEW BURROWS, BRIAN GOLDBERG, HANS
AUGUSTIN, LAURA STRAUSS, OSCAR PRIETO,
GEOFFREY JACOBSON, KEIRAN DOWLING,
LAURENCE CHIRCH, APRILANNE AGOSTINO,
DARRELL JOSEPH, RANDALL ENG, ALAN
SHEINKMAN, 8 MOTIONS CLERKS, 2ND DEPARTMENT
APPELLATE JUDGES, PAWNS 1-100,

                                                Defendants.
------------------------------------------------------------------------ x

CV-17-2712
(JFB)(ARL)


NOTICE OF APPEARANCE
FOR
DONNA A. NAPOLITANO

**PLEASE TAKE NOTICE**, that Berkman, Henoch, Peterson, Peddy & Fenchel, P.C.,

hereby appears as counsel on behalf of Defendants, Berkman, Henoch, Peterson, Peddy &

Fenchel, P.C. s/h/a Berkman Henoch Law Firm, Erick Vallely s/h/a Erik Vallely and

Matthew Burrows (hereinafter "BHPP Defendants") in the above-entitled action, by Donna

A. Napolitano, and demands that all papers be served upon said BHPP Defendants by service

upon the undersigned.

Dated:        March 21, 2018
              Garden City, New York


                              Yours, etc.

                       BERKMAN, HENOCH, PETERSON, PEDDY
                              & FENCHEL, P.C.



                       By:          /s/
                              Donna A. Napolitano
                              *Attorneys for the BHPP Defendants*
                              100 Garden City Plaza
                              Garden City, New York 11530
                              (516) 222-6200


TO:    Martin Dekom, *via regular mail*
       34 High Street
       Manhasset, NY 11030
       *Plaintiff, Pro Se*

       Laurence Phillip Chirch, Esq., *via ECF*
       Sandelands Eyet LLP
       1545 US Highway 206
       Bedminster, NJ 07921
       (908) 470-1200
       *Attorneys for Defendants Fannie Mae & Nationstar Mortgage LLC*

       Heather Elizabeth Saydah, Esq., *via ECF*
       Winston & Strawn LLP
       200 Park Avenue
       New York, New York 10166
       (212) 294-5312
       *Attorneys for Defendant Bank of America, N.A.*

       Ralph Pernick, Esq., *via ECF*
       New York State Attorney General
       200 Old County Road, Suite 240
       Mineola, New York 11501
       (516) 248-3312 or 3302
       *Attorneys for Defendants Hon. Thomas A. Adams, Aprilanne Agostino, Elisabetta Coschignano, Hon. R. Bruce Cozzens, Hon. Randall Eng, Darrell Joseph, Hon. George Peck s/h/a George Pech, William Riccio, and Hon. Alan Sheinkman*