UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARTIN DEKOM,

                Plaintiff,

   -against-

FANNIE MAE, ET AL.,

                Defendants.
------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 11 2018 ★
LONG ISLAND OFFICE

ORDER
17-CV-2712 (JFB)(ARL)

JOSEPH F. BIANCO, District Judge:

      On March 12, 2018, defendants Bank of America, Nationstar Mortgage LLC, and Fannie Mae filed motions to dismiss. (ECF Nos. 64-65.) On March 26, 2018 defendants Justice Randall Eng, Justice Alan Sheinkman, Justice R. Bruce Cozzens, Justice Thomas A. Adams, Justice George Peck, Aprilanne Agostino, Darrell Joseph, William Riccio, and Elizabetta Coschignano also submitted a motion to dismiss.[1] (ECF No. 75.) On April 19, 2018, *pro se* plaintiff moved for sanctions against each of the defendants. (ECF Nos. 97-99.) On June 4, 2018, defendants Ellen Brandt, Laurence Chirch, Keiran Dowling, Geoffrey Jacobson, and Sandelands Eyet LLP filed a motion to dismiss. (ECF No. 121.) Also on June 4, 2018, defendant Berkman Henoch Law Firm, Matthew Burrows, and Erik Vallely submitted a motion to dismiss. (ECF No. 123.)

      IT IS HEREBY ORDERED that these motions are respectfully referred to Magistrate Judge Arlene R. Lindsay for a Report and Recommendation.

SO ORDERED.

Dated: June 11, 2018
        Central Islip, New York

Joseph F. Bianco
United States District Judge

---

[1] These defendants submitted a corrected version of their motion to dismiss on May 1, 2018. (ECF No. 103.)