UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- x
MARTIN DEKOM, and on behalf of the LITTLE PEOPLE,

       Plaintiff,

 -against-

FANNIE MAE, BANK OF AMERICA, N.A., NATIONSTAR MORTGAGE LLC, NASSAU COUNTY CLERK, ELISABETTA COSCHIGNANO, WILLIAM RICCIO, BERKMAN HENOCH LAW FIRM, R. BRUCE COZZENS, THOMAS A. ADAMS, GEORGE PECH, ELLEN BRANDT, GROSS POLOWY LAW FIRM, SANDELANDS EYET LAW FIRM, ERIK VALLELY, MATTHEW BURROWS, BRIAN GOLDBERG, HANS AUGUSTIN, LAURA STRAUSS, OSCAR PRIETO, GEOFFREY JACOBSON, KEIRAN DOWLING, LAURENCE CHIRCH, APRILANNE AGOSTINO, DARRELL JOSEPH, RANDALL ENG, ALAN SHEINKMAN, 8 MOTIONS CLERKS, 2ND DEPARTMENT APPELLATE JUDGES, GOLDMAN SACHS AS OWNER OF "POOL 1," and PAWNS 1-100,

       Defendants.
------------------------------------------------------------------------- x

Civil Action No.: 17-cv-2712 (JFB)(ARL)

## CERTIFICATE OF SERVICE

  I, Lisa C. Cohen, hereby certify that, on this 29th day of October, 2018, I filed the foregoing Corporate Disclosure Statement through the Court's electronic filing system and served a copy of the same on Plaintiff Martin Dekom via the Corut's electronic notification procedures.

                 _/s/ Lisa C. Cohen_
                 _____
                 Lisa C. Cohen
                 Schindler Cohen & Hochman LLP
                 100 Wall Street, 15th Floor
                 T: (212) 277-6300
                 lcohen@schlaw.com