MANDATE

E.D.N.Y.-C. Islip
17-cv-2712
Bianco, J.
Lindsay, M.J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of November, two thousand eighteen.

Present:

        Peter W. Hall,
        Gerard E. Lynch,
           *Circuit Judges,*
        Paul G. Gardephe,*
           *District Judge.*

---

In re Martin Dekom,                                18-1971

                      Petitioner.

---

Petitioner, pro se, has filed a petition for a writ of mandamus and moves for leave to proceed in forma pauperis. Upon due consideration, it is hereby ORDERED that the motion for leave to proceed in forma pauperis is GRANTED for the purpose of filing the mandamus petition. It is further ORDERED that the mandamus petition is DENIED because Petitioner has failed to demonstrate "exceptional circumstances amounting to a judicial usurpation of power, or a clear abuse of discretion." *S.E.C. v. Rajaratnam*, 622 F.3d 159, 169 (2d Cir. 2010) (citation and internal quotation marks omitted).

                                FOR THE COURT:
                                  Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

---

* Judge Paul G. Gardephe, of the United States District Court for the Southern District of New York, sitting by designation.