# BERKMAN HENOCH
## PETERSON PEDDY & FENCHEL, PC
### Attorneys at Law

Steven J. Peddy
Gary H. Friedenberg
Miriam R. Milgrom
Joseph E. Macy*
Rudolf J. Karvay
Robert A. Carruba
Gregory P. Peterson
Saul R. Fenchel**

Bruce J. Bergman
Vinson J. Friedman
Christina Jonathan
Stanley Mishkin
Donna A. Napolitano
Todd C. Steckler
Peter Sullivan

**COUNSEL**
Steven Brock
Gilbert Henoch
David R. Kay
MaryBeth Malloy
Terence E. Smolev, P.C.

Kaitlyn A. Costello
James E. Durso
Daniel J. Evers
Evelyn P. Flores
Adam S. Kalb
Pesia M. Kinraich

Megan K. McNamara
Randy S. Nissan
Novica Petrovski
Hillary Prada
Eileen M. Ryan
Randy Schaefer
Christopher F. Ulto
Martin E. Valk

100 Garden City Plaza, Third Floor
Garden City, New York 11530

Telephone: (516) 222-6200
Facsimile: (516) 222-6209
Website: www.bhpp.com

April 24, 2019

Honorable Joseph F. Bianco
United States District Judge
United States District Court
100 Federal Plaza
Central Islip, New York 11722

    RE: **Dekom v. Fannie Mae, et al.**
           **17-CV-2712 (JFB)(ARL)**

Dear Judge Bianco:

    As the Court is aware, we represent Berkman Henoch Peterson Peddy & Fenchel, P.C. s/h/a Berkman Henoch Law Firm, Matthew Burrows and Erick Vallely ("Berkman Defendants") in the above referenced matter. We respectfully submit this letter in opposition to Plaintiff's Motion for Reconsideration. *See* [DE235].

    We join in the two (2) oppositions that have been filed by Ralph Pernick, Assistant Attorney General on behalf of the State Defendants and Jason Lipkin, Esq. on behalf of Defendant Bank of America and respectfully request that Plaintiff's most recent frivolous motion be denied. Plaintiff's motion is a missive filled with vitriol aimed at the Court and provides no new evidence or intervening controlling law that would upset the well-reasoned decisions of both Magistrate Judge Lindsay and District Judge Bianco. Without which, Plaintiff's motion must be denied.

    We respectfully submit that Plaintiff's Motion for Reconsideration be denied in its entirely and the case closed.

                         Respectfully Submitted,

                         BERKMAN, HENOCH, PETERSON, PEDDY & FENCHEL, P.C.

                         By: /s/ Donna A. Napolitano

*Admitted in New York and Florida | **Admitted in New York, California, Florida, New Jersey, Pennsylvania, and District of Columbia