UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MARTIN DEKOM, et.al.
                    Plaintiffs

        -against-                                               17 CV-2712

                                                        NOTICE OF APPEAL

FANNIE MAE et.al.
                    Defendants

I, Martin Dekom, *pro se* plaintiff, residing at 9050 Sunset Dr, FL, allege and state as follows,

under penalty of perjury:

Notice is hereby given that plaintiff Martin Dekom hereby appeals to the United States Court of

Appeals for the Second Circuit from the Decision & Order (ECF 249) of Judge Roslynn

Mauskopf denying reconsideration of the Order of Hon. J. Bianco (adopting the Report &

Recommendation) dismissing the action titled above, and further, "denying [226] Motion to

Compel; denying [226] Motion to Substitute Party. ; denying [226] Motion to Stay; denying

[235] Motion for Reconsideration ; denying [237] Motion to Compel" and directing mail

service of said order. The order was entered September 26th, 2019, and served September 30th.

    Submitted,                                              October 21, 2019

                                                        _____
                                                        Martin Dekom, *pro se*
                                                        9050 Sunset Dr
                                                        Navarre, FL 32566
                                                        516 850-2717
                                                        martin.dekom@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 21 October 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, making it, for purposes of Fed. R. Civ. P. 5, served and filed in compliance with the Local Civil Rules of the Southern and Eastern Districts of New York.

1