# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

———————

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of April, two thousand twenty-one.

Before:      John M. Walker, Jr.,
             Reena Raggi,
             William J. Nardini,
                   *Circuit Judges.*

———————————————

Martin Dekom, and on behalf of the Little People,

       Plaintiff - Appellant,

v.

Fannie Mae, Bank of America N.A., (USA), Nationstar Mortgage LLC, Elisabetta Coschignano, William Riccio, Berkman Henoch Law Firm, Bruce R. Cozzens, Thomas A. Adams, George Pech, Ellen Brandt, Gross Polowy Law Firm, Sandelands Eyet Law Firm, Erik Vallely, Matthew Burrows, Brian Goldberg, Laura Strauss, Geoffrey Jacobson, Keiran Dowling, Laurence Chirch, Aprilanne Agostino, Darrell Joseph, Randall Eng, Alan Sheinkman, Nassau County Clerk, Hans Augustin, Oscar Prieto, 8 Motions Clerks, 2nd Department Appellate Judges, Pawns 1-100, Goldman Sachs, as owner of "Pool 1",

       Defendants - Appellees.

———————————————

**STATEMENT OF COSTS**

Docket No. 19-3425

IT IS HEREBY ORDERED that costs are taxed in the amount of $1,209.00 in favor of Appellees Berkman Henoch Law Firm, Matthew Burrows, and Erik Vallely.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 04/21/2021